# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELLE MOORE, ) | Case No. CV 11-6530-R (JEM) |
| Petitioner, ) | |
| v. ) | **J U D G M E N T** |
| TIMOTHY BUSBY, Warden, ) | |
| Respondent. ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: Feb. 14, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE