# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELLE MOORE,<br><br>        Petitioner,<br><br>        v.<br><br>TIMOTHY BUSBY, Warden,<br><br>        Respondent. | Case No. CV 11-6530-R (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: Feb. 14, 2012

                                            MANUEL L. REAL
                                 UNITED STATES DISTRICT JUDGE